NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID DRESDNER, M.D.,                    )
                                         )
            Petitioner,                  )
                                         )
v.                                       )          Case No. 2D18-798
                                         )
PINELLAS HEMATOLOGY AND                  )
ONCOLOGY, P. A.,                         )
                                         )
            Respondent.                  )
_____      )

Opinion filed November 7, 2018.

Petition for Writ of Certiorari to the Circuit
Court for the Sixth Judicial Circuit for
Pinellas County; sitting in its appellate
capacity.

Marie Tomassi and Bradley A. Muhs of
Trenam, Kemker, Scharf, Barkin, Frye,
O'Neill & Mullis, P. A., St. Petersburg,
for Petitioner.

Jamie Moore Marcario and Michael
Coughlin of Thrive Law, P.A., St.
Petersburg, for Respondent.


PER CURIAM.


            Denied.


CASANUEVA, KELLY, and ATKINSON, JJ., Concur.